**FILED**

**OCT 3 1 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Kissi,                    )
                                )
       Plaintiff,          )
                                )
v.                              )     Civil Action No. 12-1765
                                )
United States of America,       )
                                )
       Defendant.          )

## MEMORANDUM OPINION

The plaintiff, proceeding *pro se*, has submitted an application to proceed *in forma pauperis* and two documents captioned: "Complaint To Set Aside A Flawed Conviction Despite the Verdict In Hostile Maryland Case # AW05-cr-00254 and AW 12-cv-1944" and "Amended Complaint To Set Aside A Flawed Conviction Despite the Verdict In Hostile Maryland – Combined With A Request For Evidentiary Hearing On Maryland's Hostility That Abridges Kissi' 4th & 6th AmendmentRights. Case # AW05-cr-00254 and AW 12-cv-1944." A federal district court is not a reviewing court and, thus, lacks subject matter jurisdiction to review the final determinations of other courts. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). Hence, the Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).[1]

Date: October 15, 2012                         United States District Judge

---

[1] A separate Order of dismissal accompanies this Memorandum Opinion.